# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.A. FISCHER, T.J. STINSON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**JOVANNY A. NATARENO**
**AVIATION ELECTRONICS TECHNICIAN THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201400225**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 27 March 2014.
**Military Judge:** Col Michael B. Richardson, USMC.
**Convening Authority:** Commander, Navy Region Northwest, Silverdale, WA.
**Staff Judge Advocate's Recommendation:** LCDR D.E. Reike, JAGC, USN.
**For Appellant:** Maj Emmett S. Collazo, USMCR.
**For Appellee:** Mr. Brian K. Keller, Esq.

**11 September 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court